IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOA NHAT DOAN THAI, | § | |
| #A044537422 | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-03192-S-BT |
| | § | |
| KRISTI NOEM, et al., | § | |
| | § | |
| Respondents. | § | |

**NOTICE OF DEFICIENCY AND ORDER**

Before the Court is Petitioner Boa Nhat Doan Thai's petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 3).

Thai's Petition does not comply with the pleading requirements in Federal Rule of Civil Procedure 8(a) that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief" and "a demand for the relief sought, which may include relief in the alternative or different types of relief." Fed. R. Civ. P. 8(a)(2), (a)(3). Specifically, Thai does not list the respondents against whom he seeks relief. **Thai must submit an amended petition that complies with Rule 8(a) and identifies appropriate respondents by December 22, 2025.**

Additionally, Thai did not pay the required filing fee or file a request to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914 (requiring $5.00 filing fee for writs of habeas corpus); N.D. Tex. Misc. Ord. 14 (requiring inmates to file motions to proceed in forma pauperis on the court-approved form). **Therefore, Thai must also pay the $5.00 filing fee or file an application to proceed *in forma pauperis* with the required certificate of inmate trust account by December 22, 2025.** A form Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 239) is available online at https://www.txnd.uscourts.gov/forms/all.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE DISMISSAL OF THE ACTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(B).

No process will issue except upon further order of the Court.

**SO ORDERED** on November 21, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE