# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

BOA NHAT DOAN THAI,  
#A044537422

§
§
§
§
§
§
§

CIVIL ACTION NO. 3:25-CV-3192-S-BT

v.

KRISTI NOEM, et al.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's habeas action will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED April 30, 2026.

_____
UNITED STATES DISTRICT JUDGE